TROY LAUNDRY MACHINERY CO., LTD., Respondent, v. SCHULSTAD et al., Appellants.

(201 N. W. 158.)

(File No. 5588. Opinion filed December 2, 1924.)

Appeal from Circuit Court, Brown County.

*Max Stokes,* of Aberdeen, for Respondent.
*Leo M. Fitzpatrick,* of Aberdeen, for Appellant.

PER CURIAM. This is an appeal from an order. The notice of appeal in this action was served and filed in Brown county about November 9, 1923. No record has been settled, and no other papers, excepting an affidavit of service, have been filed.

Appellant having failed to comply with rules 5, 6, 7, and 13 of this court, relating to appeals, this appeal is deemed abandoned and the judgment and order appealed from are affirmed.